

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| John Gnutek, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-14295 |
| ) | Judge John F. Kness |
| Amazon.com, Inc., ) | Magistrate Judge Sunil R. Harjani |
| ) | RANDOM |
| Defendant. ) | |

**Pro Se Complaint**

The Plaintiff, John Gnutek, in support of his complaint for relief against his employer, Amazon.com, Inc. ("Amazon"), states as follows:

1. This lawsuit is premised upon two separate federal statutes. First, it alleges an age discrimination claim pursuant to the Age Discrimination in Employment Act of 1967. Second, it alleges a claim of disability discrimination under the Americans with Disabilities Act.

2. The incidents giving rise to this complaint all occurred at 250 Emerald Dr. in Joliet, Illinois, making venue proper in this Court.

3. Gnutek commenced employment with the Defendant on October 24, 2018. At all times relevant to this proceeding, Gnutek has worked at Amazon's warehouse in Joliet, Illinois (MDW2).

4. Throughout his tenure, Gnutek has worked for Amazon as an Associate 1.

5. Gnutek's date of birth was December 29, 1966.

6. Gnutek suffers from a mental health disability, and Amazon was aware of his mental health disability.

7. In August of 2022, Gnutek applied for a promotion to the position of Loss Prevention Specialist.

8. Gnutek was the most qualified applicant for the above-referenced position.

9. Despite Gnutek's superior qualifications, he was passed over for the promotion in favor of a significantly younger applicant who does not have a disability.

10. Gnutek has sustained damages as a result of the above.

11. Gnutek alleges that he was discriminated against when he was passed over for a promotion because of his age and disability status.

12. This lawsuit is being filed within 90 days of the receipt of a right to sue notice issued by the EEOC.

Wherefore, Gnutek requests that this Court enter judgment in his favor and against Amazon and provide the following relief:

1. An order directing that he be placed into the position of employment he would have held had it not been for the unlawful discrimination.
2. An award of damages for his economic and non-economic injuries.
3. An award of costs.
4. Any other appropriate relief, including attorney fees, should counsel be retained.

/s/ John Gnutek, *pro se*
*September 25, 2023*

John Gnutek
614 4th Avenue
Dixon, Illinois 61021
(331) 452-6849
johngnutek@gmail.com